# EXHIBIT A

**FILED**

JUL 24 2018

Jeffrey R. Jablonski, P.J.Ch.

OSC AS ORIGINAL PROCESS – SUBMITTED WITH NEW COMPLAINT PRELIMINARY INJUNCTIVE RELIEF AND TEMPORARY RESTRAINING ORDER *PURSUANT TO RULE 4:52*

Gregory Malandrucco, [*Insert the plaintiff's name*], Plaintiff(s),

v.

Chicago Tribune, Inc., [*Insert the defendant's name*]; Defendant(s).

Superior Court of New Jersey
Chancery Division Hudson County
General Equity Part
Docket No.: C-108-18

CIVIL ACTION

ORDER TO SHOW CAUSE
WITH TEMPORARY RESTRAINTS
PURSUANT TO RULE 4:52

THIS MATTER being brought before the court by Gregory Malandrucco, attorney for plaintiff, [*insert the plaintiff's name*], seeking relief by way of temporary restraints pursuant to *R.* 4:52, based upon the facts set forth in the verified complaint filed herewith; and it appearing that [the defendant has notice of this application] *or* [defendant consent's to plaintiff's application] *or* [immediate and irreparable damage will probably result before notice can be given and a hearing held] and for good cause shown.

It is on this 24 day of July 2018 *ORDERED* that defendant, [*insert the defendant's name*], appear and show cause before the Superior Court at the Hudson County Courthouse in Jersey City, New Jersey at 11 o'clock in the a.m. ~~noon~~ or as soon thereafter as counsel can be heard, on the 10th day of September, 2018 why an order should not be issued preliminarily enjoining and restraining defendant, [*insert the defendant's name*], from

A. [*Set forth with specificity the return date relief that the plaintiff is seeking.*];

B. Remove URL of blog showing explicit crime victim photo

C. ______________________;

D. Granting such other relief as the court deems equitable and just.

And it is further *ORDERED* that pending the return date herein, the defendant is [*temporarily*] enjoined and restrained from:

A. [*Set forth with specificity the temporary restraints that the plaintiff is seeking.*];

B. ______________________________;

C. ______________________________.

And it is further *ORDERED* that:

1. The defendant may move to dissolve or modify the temporary restraints herein contained on two (2) days notice to the [plaintiff's attorney *or alternate:* plaintiff].

2. A copy of this order to show cause, verified complaint, legal memorandum and any supporting affidavits or certifications submitted in support of this application be served upon the defendant [personally *or alternate: describe form of substituted service*] within ____ days of the date hereof, in accordance with *R.* 4:4-3 and *R.* 4:4-4, this being original process.

3. The plaintiff must file with the court his/her/its proof of service of the pleadings on the defendant no later than three (3) days before the return date.

4. Defendant shall file and serve a written response to this order to show cause and the request for entry of injunctive relief and proof of service by August 20, 2018. The original documents must be filed with the Clerk of the Superior Court in the county listed above. A directory of these offices is available in the Civil Division Management Office in the county listed above and online at http://www.judiciary.state.nj.us/prose/10153_deptyclerklawref.pdf. You must send a copy of your opposition papers directly to Judge Jablonski, whose address is 583 Newark Ave, Jersey City, New Jersey. You must also send a copy of your opposition papers to the plaintiff's attorney whose name and address appears above, or to the plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file your opposition and pay the required fee of $ ______ and serve your opposition on your adversary, if you want the court to hear your opposition to the injunctive relief the plaintiff is seeking.

5. The plaintiff must file and serve any written reply to the defendant's order to show cause opposition by September 3, 2018. The reply papers must be filed with the Clerk of the Superior Court in the county listed above and a copy of the reply papers must be sent directly to the chambers of Judge Jablonski.

6. If the defendant does not file and serve opposition to this order to show cause, the application will be decided on the papers on the return date and relief may be granted by default,

provided that the plaintiff files a proof of service and a proposed form of order at least three days prior to the return date.

7. If the plaintiff has not already done so, a proposed form of order addressing the relief sought on the return date (along with a self-addressed return envelope with return address and postage) must be submitted to the court no later than three (3) days before the return date.

8. Defendant take notice that the plaintiff has filed a lawsuit against you in the Superior Court of New Jersey. The verified complaint attached to this order to show cause states the basis of the lawsuit. If you dispute this complaint, you, or your attorney, must file a written answer to the complaint and proof of service within 35 days from the date of service of this order to show cause; not counting the day you received it.

These documents must be filed with the Clerk of the Superior Court in the county listed above. A directory of these offices is available in the Civil Division Management Office in the county listed above and online at http://www.judiciary.state.nj.us/prose/10153_deptyclerklawref.pdf. Include a $_______ filing fee payable to the "Treasurer State of New Jersey." You must also send a copy of your Answer to the plaintiff's attorney whose name and address appear above, or to the plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve your Answer (with the fee) or judgment may be entered against you by default. Please note: Opposition to the order to show cause is not an Answer and you must file both. Please note further: if you do not file and serve an Answer within 35 days of this Order, the Court may enter a default against you for the relief plaintiff demands.

9. If you cannot afford an attorney, you may call the Legal Services office in the county in which you live or the Legal Services of New Jersey Statewide Hotline at 1-888-LSNJ-LAW (1-888-576-5529). If you do not have an attorney and are not eligible for free legal assistance you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A directory with contact information for local Legal Services Offices and Lawyer Referral Services is available in the Civil Division Management Office in the county listed above and online at http://www.judiciary.state.nj.us/prose/10153_deptyclerklawref.pdf.

10. The court will entertain argument, but not testimony, on the return date of the order to show cause, unless the court and parties are advised to the contrary no later than 2 days before the return date.

Jeffrey R. Jablonski, P.J.Ch.

**Plaintiff or Filing Attorney Information:**

Name Gregory Malandrucco

NJ Attorney ID Number

Address 2435 John F. Kennedy Blvd, PH07
Jersey City, NJ 07306

Telephone Number 201-652-7724

| | |
|---|---|
| Malandrucco, Plaintiff,<br>v.<br>Chicago Tribune, Inc.<br>, Defendant(s). | Superior Court of New Jersey<br>____ Division ____ County<br>____ Part<br>Docket No: ____<br>(to be filled in by the court)<br>Civil Action<br>**Complaint** |

Plaintiff, Gregory Malandrucco (your name), residing at 2435 John F. Kennedy Blvd, PH07 (your address), City of Jersey City (your city or town), County of Hudson (your county).

State Of New Jersey, complaining of defendant, states as follows:

1. On (in perpetuity), 20___, Chicago Tribune, Inc. (name of person being sued), Defendant

(Summarize what happened that resulted in your claim against the defendant. Use additional pages if necessary.)

A graphic 9-year-old photo contained in a Chicago Tribune blog from 2010 is causing extraordinary damage every day – including financial harm and emotional distress. This is affecting my ability to secure employment and provide for my family.

The defendant in this action resides at 160 N Stetson Ave, Chicago (defendant's address),

In the County of ____ (name of county where defendant lives), State of New Jersey.

2. Plaintiff is entitled to relief from defendant under the above facts.

3. The harm that occurred as a result of defendant's acts include: (list each item of damage and injury)

1. Injury to mental health, including my having to relive the crime on a daily basis, causing me to experience PTSD and suicidal ideation. I am in ongoing treatment due to the image and Tribune's victim-blaming

2. Financial harm, as I have been rejected by more than 700 employers, grants and scholarships in spite of my exceptional credentials and prior work experience

3. Injury due to discrimination, as people often mention the assault photo with me though I never mention it to them. This includes landlords, friends, employers, students and others.

Wherefore, plaintiff requests judgment against defendant for damages, together with attorney's fees, if applicable, costs of suit, and any other relief as the court may deem proper.

Dated: 7/24/2018 Signature: Gregory Malone



Revised 12/01/2013 CN 11213

## CERTIFICATION OF NO OTHER ACTIONS

I certify that the dispute about which I am suing is not the subject of any other action pending in any other court or a pending arbitration proceeding to the best of my knowledge and belief. Also, to the best of my knowledge and belief no other action or arbitration proceeding is contemplated. Further, other than the parties set forth in this complaint, I know of no other parties that should be made a part of this lawsuit. In addition, I recognize my continuing obligation to file and serve on all parties and the court an amended certification if there is a change in the facts stated in this original certification.

Dated: 7/24/2018 Signature: Gregory Mclardon

**OPTIONAL: If you would like to have a judge decide your case, do not include the following paragraph in your complaint. If you would prefer to have a jury to decide your case, please sign your name after the following paragraph.**

## JURY DEMAND

The plaintiff demands trial by a jury on all of the triable issues of this complaint, pursuant to New Jersey Court *Rules* 1:8-2(b) and 4:35-1(a).

Dated: ______________________ Signature: ______________________________

Superior Court of New Jersey
Chancery Division Hudson County
General Equity Part
Docket No.:

Gregory Malandrucco [Insert the plaintiff's name], Plaintiff(s),

v.

Chicago Tribune, Inc. [Insert the defendant's name], Defendant(s).

CIVIL ACTION

ORDER TO SHOW CAUSE WITH TEMPORARY RESTRAINTS PURSUANT TO RULE 4:52

THIS MATTER being brought before the court by Gregory Malandrucco, attorney for plaintiff, [insert the plaintiff's name], seeking relief by way of temporary restraints pursuant to *R.* 4:52, based upon the facts set forth in the verified complaint filed herewith; and it appearing that [the defendant has notice of this application] *or* [defendant consent's to plaintiff's application] *or* [immediate and irreparable damage will probably result before notice can be given and a hearing held] and for good cause shown.

It is on this 24 day of July 2018 *ORDERED* that defendant, [*insert the defendant's name*], appear and show cause before the Superior Court at the Hudson County Courthouse in Jersey City, New Jersey at _____ o'clock in the _____ noon or as soon thereafter as counsel can be heard, on the ________ day of ______________, 20 __ why an order should not be issued preliminarily enjoining and restraining defendant, [*insert the defendant's name*], from

A. [*Set forth with specificity the return date relief that the plaintiff is seeking* ];

B. Remove URL of blog showing explicit crime victim photo

C. ________________________________________;

D. Granting such other relief as the court deems equitable and just.

And it is further *ORDERED* that pending the return date herein, the defendant is [*temporarily*] enjoined and restrained from:

A. [*Set forth with specificity the temporary restraints that the plaintiff is seeking* ];

Your Name: Gregory Malandrucco
Address: 2935 John F. Kennedy Blvd., Apt 7 Jersey City, NJ 07306
Phone: 201-658-7724
Pro Se

SUPERIOR COURT OF NEW JERSEY
CHANCERY DIVISION HUDSON COUNTY
GENERAL EQUITY

Malandrucco
PLAINTIFF,

v.

Chicago Tribune, Inc.
DEFENDANT

DOCKET NO.

CIVIL ACTION
CERTIFICATION IN SUPPORT OF ORDER TO SHOW CAUSE WITH TEMPORARY RESTRAINTS

Gregory Malandrucco, of full age, hereby certifies and says:

1. The persistence of this horrible photograph in an eight-year-old Tribune blog URL has caused such immense suffering to my family - in too many ways to fully recite here. The N.J. State constitution has provision for protecting victims of crime from undue harm, stating that "[a] victim of a crime shall be treated with fairness, compassion, and respect by the criminal justice system," with inconveniences for victims minimized to the fullest extent.

2. Ongoing financial harm: inability to secure work or repay student loans via discrimination generated by ongoing publication of the image. After finishing my Ph.D, I am simply trying to secure work to support my family without this photo severely limiting my job prospects. It is generating ongoing discrimination harm, and has become a tool for cyberharassment and defamation in violation of NJ laws.

3. Tribune has claimed the photo is maintained in an "internet archive," but in reality it is maintained as fully

active on the internet, generating ongoing harm in perpetuity. Further, the image was never printed in the Chicago Tribune newspaper, but only maintained on a blogger post from 2010.

4. I am the copyright holder on the photograph (U.S. copyright VA 2-087-741). There is no authorized version of this photograph on the internet.

5. Tribune in violation of the Crime Victims' Rights Act (DOJ) 18 U.S.C. §3771)

**CERTIFICATION**

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

[signature]

DATED 7/24/18

## Exhibits

1. Background and the Case for Relief
2. Chicago Tribune Blog with Photo (from March 2010) & Image of Assault Photo When Searched on Cell Phone (today, July 23rd)
3. Chicago Tribune Refusal to Remove Photo – from Margaret Holt (February 9, 2016).
4. Tribune Code of Editorial Principles
5. Society of Professional Journalists – Code of Ethics (Minimize Harm)
6. Google Removal Form (where Court Order is submitted)
7. Kathryn Turman Email – Assistant Director, Office of Victim Services at FBI
8. Canadian Resource Center for Victims of Crime Letter to Chicago Tribune – (Letter to Chicago Tribune from Heidi Illingworth – Executive Director) - April 19, 2017.
9. Job Applications in New Jersey, August 2017 – March 31, 2018
10. Assistant Professor Job Posting at Cornell University – July 19, 2018
11. EEOC Application – July 3, 2018.

I am respectfully requesting that this Court provide a temporary restraining order against Tronc Media's Chicago Tribune, Inc., with relief being granted in the form of removal of one url [http://blogs.chicago[illegible]columnists_ezorn[illegible]] that contains an explicit post-assault photo of me within a 2010 blogger post. I submit the following in support of this motion:

**Background**

Dr. Matthew Clark and myself filed a complaint against the City of Chicago and other Chicago Police Officers, pursuant to 42 U.S.C. § 1983, on March 22, 2010. The complaint stated that off-duty Chicago Police Officers brutally beat Dr. Clark and myself without justification or provocation, and that the on-duty officers who responded to the scene allowed the off-duty officers to leave us, the Plaintiffs, in the parking lot without providing any needed medical assistance. In early February 2013, the case was settled. In July 2017, the Chicago Police Board completed its report on the incident and enacted disciplinary measures by suspending the on-duty officers for 40 days without pay.

**The Case for Relief**

Since the settlement of this case, I completed my Ph.D. in Modern European History at the University of Chicago, one of the top five-ranked programs in this field nationwide. As one of the victims in this case, I have attempted to move on with my life, but have continually been denied employment opportunities based on my name being associated with the assault photo. I have submitted over 700 job applications for every teaching position I qualify for, as well as for positions in a variety of non-academic sectors, and I have been denied opportunity after opportunity. The photo has not only affected my ability to secure full-time work, but research grants and publications as well. Essentially, I went from receiving almost every grant and scholarship that I applied for over a number of years and teaching at the University of Chicago before the publication of the image, to not even receiving one phone call for employment. My sole source of employment has been part-time adjunct teaching positions in Canada, but I am constantly fielding questions from my managers, colleagues, and students about this explicit photograph. A simple Google search reveals the graphic photograph showing the brutality that I suffered by the officers of the Chicago Police Department. The blogger content being maintained by Chicago Tribune is fully obstructing my ability to secure an interview for a job, grants for research, or academic publications. It is quite literally destroying my life and the effect is worldwide.

In an effort to reduce the prevalence of the photograph on the web, I have pursued every avenue available to me. Over the past two years, I successfully managed to have 135 publications remove or de-index information that linked me to the crime I endured. Google Inc. in fact took some measures to help alleviate the damage produced by the Tribune blog image. Google technicians categorized the photograph as "explicit," making the image unavailable to users who choose not to see graphic images. However, I have encountered one media outlet who is not willing to remove this graphic image, despite the incident having occurred more than 8 years ago, Tronc Media's Chicago Tribune.

The eight-year old explicit photograph is generating financial damage and psychological trauma against my family and I in perpetuity. My fiancé is highly distressed as she will be taking my last name. Given that 135 news sites have anonymized content on the terrible crime I endured (including notable news sources, such as CBS, NBC, WGN, NPR, and The Guardian), there has been precedent established in removing this content. The one website that refuses, along with the anonymous revenge website "hotselenagomez.com," are extreme outliers. In fact, maintenance of this explicit image has previously been used for purposes of cyber-harassment by a now de-listed website.

As the survivor of a crime that I never asked for, the lack of privacy from this explicit photograph has caused me a multitude of residual effects for nearly a decade. I have suffered extraordinary financial debt, an increase in PTSD symptoms (including bouts of suicidal ideation), and experience major discrimination in a variety of circumstances in my life.

I want to be able to apply for jobs with dignity and provide for my family, but this Chicago Tribune blogger piece is depriving me of these opportunities. Without relief from this court, the worst moment of my life will dominate online searches of my rare name for years to come. The harm being done unto myself and my family far exceeds the value or effect of my explicit image being considered on an eight-year-old blog about an incident that has already generated a lifetime of suffering. I am the only one being harmed between the two parties, while Chicago Tribune has directly profited from my suffering due to the continual stream of "clicks" on the salacious content. I am the party that is suffering the most harm and will continue to suffer the most harm in perpetuity moving forward, harm that is by and large irreparable as the prime years of my life have been wiped away by the Chicago Tribune.

Chicago-based scholar, historian, and social theorist.

**VIDEOS**

Vimeo ·




Vimeo ·




Gregory Malai
Midnight at th

blogs.chicagotribune.com › 2010/04 › vi...






Sign up for my newsletter

# Change of Subject

OBSERVATIONS, REPORTS, TIPS, REFERRALS AND TIRADES

BY ERIC ZORN | E-mail | About | RSS

Friday, April 16, 2010

## A tale of two videos

Like 3 people like this. to see what your friends like.

Share |

You have to be impressed by the pro-active response in Streamwood to an incident in which a police officer severely battered an apparently compliant motorist after a traffic stop.

As my colleagues Matthew Walberg and Dan Simmons report:

> **The (March 28) incident was discovered when a department official was reviewing the arrests from the previous night and saw a booking photo of (alleged victim Ronald) Bell with his head wrapped in a thick bandage, said Sally Daly, Alvarez's spokeswoman.**
>
> **Alarmed, the official pulled the police reports and the video showing the beating. The case was quickly turned over to prosecutors. The video and other records were given to the state's attorney's office within the next few days.**
>
> **"While this is a difficult day for their department, they are to be commended for taking quick and proper action following his action," Alvarez said. "They acted swiftly. We got on it quickly."**

Compare this to the appallingly slack response in Chicago to another alleged "Coppers Gone Wild" video -- this one a surveillance tape from a February 7 altercation in the parking lot of Arturo's Tacos near the intersection of Armitage and Western Avenues.

The video, later shown on many newscasts and posted to chicagotribune.com and other local news sites, shows two unidentified men whaling on a third man who is face down on the pavement. Uniformed officers then arrive. One of them ignores the apparent assailants and instead puts a knee into the back of the man on the ground.

That man -- University of Chicago lecturer Gregory Malandrucco, 32 (*right*) --and his friend, management consultant Matthew Clark, 37,(*left*) filed a federal lawsuit alleging that both suffered serious injuries, including broken noses and cuts requiring stitches, and that the uniformed officers not only sent their attackers on their way without arresting them, but they also neglected to call for medical assistance and told them to forget the incident ever happened.

The suit maintains that Clark and Malandrucco had a minor run-in with the other men inside the restaurant and that the other men waited for them in the parking lot and beat them without further provocation. A bystander told them that the other men were off-duty police.



Were they? Who are they? Are they still on duty? What about the uniformed officers who allegedly gave the attackers a pass. It's been nearly 10 weeks now and we have no answers.

Chicago Police spokesman Roderick Drew referred me to Curtis Tarver II, spoksman for the Independent Police Review Authority: "This matter is being investigated," he replied. "IPRA will not discuss open investigations so as to protect the integrity of IPRA's investigation."

Spokeswoman Sally Daly of the Cook County States Attorney's office replied late this afternoon: "To date, no law enforcement target has been identified in this videotape or by any witness, There have been no specific identifications from the video or any witness or victim providing the name of any of the alleged offenders to determine who they are or even if they are police officers, Chicago or otherwise."

"Streamwood seems to have handled things appropriately," said local attorney Jon Loevy, whose firm is handing civil suits related to both incidents. "And that's actually more typical than what we see in Chicago, where standard procedure is to cover up, protect their own interests and their own people and give victims the run around."

In the Arturo's Tacos case, "we still don't know anything," Loevy said. "They won't provide us with any information at all."

Posted at 01:59:39 PM

RECOMMENDED FOR YOU

(*Chicago Tribune*)

(*Chicago Tribune*)

FROM AROUND THE WEB

(*Direct Expose*)

(Ice Pop)

(Chicago Tribune)

(Discoverytheword)

(Chicago Tribune)

(quotes.harpmortgagequiz.com)

(Chicago Tribune)

(Discoverytheword)

[what's this]

**Comments**

You can follow this conversation by subscribing to the comment feed for this post.

"You know the score, pal. You're not cop, you're little people!"
-- Bryant (M. Emmet Walsh), "Bladerunner" (1982)

Posted by: MrJM | Friday, April 16, 2010 at 02:15 PM

The next time a cop complains about the "Stop Snitchin'" culture, remind him about stuff like this.

Posted by: Pan | Friday, April 16, 2010 at 02:41 PM

What a bunch of SOB's.

Question: I always thought it was "wailing" on somebody, not "whaling". Any thoughts? I really have no idea which is right.

Posted by: MCN | Friday, April 16, 2010 at 03:07 PM

MCN, I think it was originally "whaling," but it's a living language, and it's become, through persistent misuse, "wailing."

Posted by: DaveB | Friday, April 16, 2010 at 03:09 PM

@MCN

It's whaling.

Posted by: Wendy C | Friday, April 16, 2010 at 03:13 PM

Kind of like "founder" (correct) becoming "flouder"?

I stand corrected. In the future, when you whale on me, Wendy, I shall make ensure I say you are whaling, and not wailing.

Posted by: MCN | Friday, April 16, 2010 at 03:37 PM

Or "flounder"?

Posted by: MCN | Friday, April 16, 2010 at 03:39 PM

I live fairly close to Arturo's Tacos. I've been there recently, very late at night, and, to be honest, pretty hammered. An incident like this is unfortunately commonplace at these type of establishments. If you and your friends mind your own business, you won't have any problems. It's the amateurs who always start trouble.

My guess is that these guys were loaded and picked a fight with the wrong people. The pictures above aren't so pretty and these guys probably didn't deserve what happened to them, but I would bet a ton of money that they did something to provoke it. Also, the injuries don't seem very serious to me. I'm not excusing the cops who neglected to call for medical assistance; they should have. But let's not blow this out of proportion - this was a bar fight not a police beating at a traffic stop. In my mind, those are two very different situations.

Posted by: Greg J. | Friday, April 16, 2010 at 03:51 PM

Greg, you're probably right, I mean a "lecturer" and a "management consultant"? Are you kidding?

And you were hammered?

Posted by: MCN | Friday, April 16, 2010 at 04:28 PM

MCN -

I have a lot of buddies in the bar industry (long story), so I'm familiar with the scene, and you would be surprised at who causes trouble at places. I've learned not to associate good behavior, especially in a bar environment, with the type of profession one has. I could give you examples of accountants, lawyers, teachers, you name it, who have crossed the line. Trust me when I tell you that you wouldn't go to Arturo's unless you had a bit to drink. And, yes, I do enjoy some adult beverages from time to time. I'm single, in my 30s, and I work hard, so I find some fun on the weekends. Speaking of which, this seems like a great evening for a beergarden so I'm heading out.

Posted by: Greg J. | Friday, April 16, 2010 at 06:24 PM

Greg, I can't blame you. I indulged in the occasional adult beverage in my wayward youth, back when going east of Racine was a hazardous activity.

If you're looking for a good beer garden and good German food, try Riese's Bier Stube on Irving Park west of Damen. Assuming it's still there.

Posted by: MCN | Saturday, April 17, 2010 at 11:43 PM

I mean "west" of Racine. Bucktown was the Wild West back then (NOBODY hung out there, much less lived there), and the Willow triangle was a ghetto.

I had a pet stegosaurus in those days, if you catch my drift.

Posted by: MCN | Saturday, April 17, 2010 at 11:45 PM

MCN,

I moved here in 2002 from the west coast and I couldn't imagine the area of Lincoln Park west of Racine being bad. Amazing how things change. When I moved to Logan Square in 2003, I was being a bit of an urban pioneer but it's changed a lot over here too.

Riese's is still there and, yes, it's quite good. In all of the years that I've been enjoying the city's nightlife, I've never had a problem. Maybe I'm just lucky or maybe I know how to avoid bad situations. I have a strong suspicion that the gentlemen pictured above were at least partially in the wrong. That doesn't begin to excuse the guys who assaulted them but you can

always find trouble when you're looking for it.

ZORN REPLY -- What does "at least partially in the wrong?" mean to you? The story they tell (read their lawsuit here http://blogs.chicagotribune.com/news_columnists_ezorn/2010/03/nowee.html
is that the assailants became incensed when Malandrucco "unintentionally obstructed" one of them on his way to the cashier or the exit.
But so what if they did? What does that have to do with anything? It doesn't even rise to the level of being "in the wrong" when you're talking about having had the stuffing beaten out of you.
Your response in this comments and others is basically to shrug off and minimize thuggish, brutal behavior; to grudgingly acknowledge that the uniformed cops who showed up maybe should have called for medical help. But come on. Where's your outrage? Cops come upon a beat down, join in on it, let the beaters go without evidently even taking any names, don't call for medical help, and allegedly tell the victims to forget about it. And you say the injuries aren't that serious. It's enabling idiocy like this that allows police brutality to continue with so few checks.

Posted by: Greg J. | Sunday, April 18, 2010 at 06:33 PM

"Partially in the wrong" means that I would bet anything that this wasn't an unprovoked attack. Yes, I know what the lawsuit says but I'm not buying their version of events. My guess is that these guys were extremely intoxicated and messed with the wrong people. If you don't believe me, go to Arturo's late on a weekend night; it's quite a crowd. I don't condone thuggish behavior at all and I don't believe that these guys deserved what they got. However, I've witnessed instances like this one and I know how they get started.

I'm not grudgingly acknowledging that the uniformed cops should have done something. I think they didn't act because they see drunks get in fights all of the time. Still, what the cops did was wrong. I'm not shrugging anything off but I am pointing out that there are at least two sides to every drunken altercation.

Posted by: Greg J. | Sunday, April 18, 2010 at 09:18 PM

My very limited experience with drunks and fighting is limited to the one occasion in the 1980's when a drunk grabbed my fiancee's breast and he slugged me. We were both lit but I guarantee you in this case what he did (battering my fiancee) as entirely unprovoked.

Let me assure you that the cops I complained to had very little interest in doing anything about this, until I threatened to call some friends I had in the States' Attorney's office. That's my story and I'm sticking to it.

Posted by: MCN | Monday, April 19, 2010 at 11:21 AM

BTW, my extensive xperience with drunk professionals (including myself) is that they can be obnoxious and arrogant beyond belief, especially when dealing with drunks they perceive to be lower on the social and economic scale.

Posted by: MCN | Monday, April 19, 2010 at 11:23 AM

Agreed on all counts. I have a few close friends on the force (which certainly mitigates my risk when I go out on the town with them) and they would tell you that if they took every drunk altercation seriously, they would have little time for anything else. They are probably right in that way but I argue that you make an example of people and maybe the overall behavior would be better.

On a lighter note, it's always amusing going to a professional function and watching some distinguished people, who should know better of course, go from 0 to 60 after just a few drinks.

Posted by: Greg J. | Monday, April 19, 2010 at 04:54 PM

The comments to this entry are closed.

Chicago Tribune Media Group

SERVICES
Subscribe
Manage subscription
Subscription payment
Mobile
E-edition
Newsletters/alerts
Text alerts
ChicagoPOINTS
News in Education

CONNECT
Editorial contacts
Company contacts
Send news tips
Comments/feedback
Tribune events
Twitter
Facebook
RSS

HELP
Advertise
Special ad sections
Site FAQs
Accuracy
About Tribune

CLASSIFIED
Buy an ad
Apartments
Cars
Commercial
FSBO Homes For Sale
Jobs
Public records
Real Estate

SHOP
Coupons
Fan Shop
Food delivery
Wine Club
Tribune Store
Photo store

ARCHIVES
Photos
Video
Events/listings
Columns
Readers Share
Blogs
Databases
Topic galleries

Terms of Service | Privacy | About Our Ads | Feedback | Chicago Tribune, 435 N. Michigan Ave., Chicago, IL 60611

A Tribune Newspaper website



Nisha Banerjee <nb1057@nyu.edu>

## Tribune reply

**Holt, Margaret C.** <mcholt@chicagotribune.com>
To: "nb1057@nyu.edu" <nb1057@nyu.edu>

Tue, Feb 9, 2016 at 5:05 PM

Ms. Banerjee:

As you know, Mr. Malandrucco wrote to numerous Tribune editors; they forward such inquiries to me for review. We differ on the point you raised in saying he did not receive a response. I did respond, but it was not the answer he wanted.

At any rate, I must reiterate that the Tribune neither removes nor revises content in its archives. What some news organizations may choose to do with published content is not the Tribune's concern.

Thank you for writing. I cannot be of help on this matter.

Sincerely,

Margaret Holt

Standards Editor

**From:** Nisha Banerjee [ ]
**Sent:** Sunday, February 07, 2016 3:32 PM
**To:** ctc-editor; McMahon, Colin; Kendall, Peter; CTC-ReaderHelp; ; Varvatos, Elaine S.; Potempa, Melody; O'Connell, William R.; Kaschube, Amanda M; Johnson, G. Allen; ; Gessler, Kurt; Cochrane, Norma M.; Dold, Bruce; Chapman, Steve; Clark, Geoffrey; Dillon, Marie C.; Hector, John; Hume, Mark A.; Johnson, Charlie; Jurik, Phil F.; Lythcott, Marcia
**Subject:** Requested Crime Victim Page Removal

Dear Staff of Chicago Tribune,

I am writing to follow up on behalf of my fiance, Dr. Gregory Malandrucco, with regard to removing a blog and photo from your website that show him in the aftermath of a horrific crime he suffered ***six years*** ago. Other publications agreed to removing both articles and photos of him as per our request, as these have had significant economic repercussions with Greg being unable to secure full-time work for the last two years despite his stellar credentials and experience as a doctorate from the University of Chicago. **NBC Chicago has removed both articles and photographs of Greg and Huffington Post has removed all photos.** Having this blog and photo of Greg on Chicago Tribune continue to victimize Greg and now also myself and members of our family because of the damage to his reputation and career. In fact, I have even had my own colleagues at my new job Google search Greg while wanting to read about his scholarship. They have now tied me to these horrific events that have occurred in his life, despite my not having mentioned it to them, nor having even known Greg at the time of the crime. Thus, my career and reputation are also suffering, putting us in a greater state of vulnerability as we are dependent on my sole income.

I urge you to please remove the blog, ***even if it is for a temporary period of six months***, as Greg is actively applying to jobs and research grants that are highly likely to use Google to screen him. We would forever be grateful and appreciative to Chicago Tribune for doing so. We are avid Tribune readers and again, would be highly grateful for your consideration and support. I would also be more than grateful for an opportunity to speak with you and have listed my phone number below; please call me or let me know how I can reach you via telephone.

The blog can be found at the following location:

[illegible] sis_ezorn [illegible]

Again your support in this matter would be greatly and forever appreciated.

Sincerely,

Nisha Banerjee

**Email from Gregory Malandrucco to Chicago Tribune on January 25, 2016 (*to which he did not receive a response*):**

Dear Chicago Tribune Board and Staff,

I really need your help. I write to you today asking for assistance with the removal of content related to a Chicago Police assault I endured six years ago, and which continues to have extremely detrimental effects on my life. Most obviously damaging are the initial images that appear when someone "Googles" my first name with my (now unfortunate) extremely rare last name. In that initial page, an article hosted by the Chicago Tribune appears that includes a photo of me bludgeoned and beaten after having been assaulted by police (link below beneath signature).

With employers today prescreening all candidates through Google searches, it is now abundantly clear that these articles are obstructing my ability to secure full-time work. Though I was the victim and was never arrested, and though the lawsuit has long been resolved, the photo of me beaten continues to portray me in a negative light. Despite my work experience, my esteemed credentials (BA from NYU, two Master's degrees, and a doctorate from University of Chicago), and my very aggressive approach to a variety of international labor markets over a two year period, all of my efforts at employment have proven futile. As a result, I continue to experience the residual effects of a brutal police beating I suffered six years ago.

Please note that other media sources have agreed to the removal of articles and photos on this case, just recently NBC Chicago and HuffPost, and I am hopeful that the Chicago Tribune will also agree to this request.

Your help in remedying this matter would be greatly appreciated.

Sincerely,

Gregory Malandrucco

[illegible] sis_ezorn [illegible]

# Tribune Code of Editorial Principles

## Preamble

Public service through journalism is central to our mission. Our work as journalists must always center on meeting the needs and interests of readers, viewers and listeners, and we must provide them with journalism that is trustworthy, relevant and valuable. If they have reason to doubt the credibility of our work, quality won't matter—they will go elsewhere. That is especially important in the increasingly competitive multimedia world.

Those who turn to us must:

- know that our name signifies integrity and courage in gathering and presenting the news;
- be confident that the news we deliver—as text or photo, audio or video—is accurate and free of the influence of special interests, whether public or private, commercial or political, our own or that of our friends;
- believe we do not make news decisions in a self-interested manner, or needlessly damage or cause pain to those we cover;
- see that we respond to the needs and interests of our communities with journalism of high public purpose and broad individual appeal.

To earn and keep this public trust, we rely upon the professionalism and wisdom of the men and women in our newsrooms and their commitment to these ideals. Each of us, regardless of rank or job title, is responsible for safeguarding our legacy of public service and leaving it undiminished, if not enhanced. This applies to all Tribune journalists, whether they are working in print, broadcast or digital media.

* * * * *

## Truth and integrity

<u>Breaking the law</u>

Tribune editorial employees will not engage in illegal activities in pursuit of news, and editors or news directors will not encourage or tolerate illegal behavior.

<u>Plagiarism, fabrication and deception</u>

Plagiarism, the taking of another's wording, ideas or distinctive language without attribution, is a cardinal sin of journalism. When original information, quotes, ideas and distinctive language from other sources are used in our reports in print, online or on the air, they should be clearly attributed to those sources. In the online platform, if information from another website is used, the text must be attributed and should include a link to the original source whenever possible. The fabrication of stories, in whole or part, and presenting them as factual is forbidden. Neither plagiarism nor fabrication will be tolerated; any such practice will be subject to immediate disciplinary action.

Reporters who contact news sources with the intention of gathering material for a story should be candid about who they are and what they are doing. Misrepresenting one's identity to get information is generally unacceptable, although there may be some limited exceptions. (A restaurant critic, for example, may need to make reservations under an alias.) However, these exceptions must be pre-approved by a senior editor or news director.

may donate to or be affiliated in any way with such groups. Like other citizens, journalists are free to exercise their right to vote.

- Editorial departments also should be careful to report immediately and fairly when a Tribune colleague has a newsworthy encounter with the legal authorities. There ought never to be the suggestion of a cover-up to keep the spotlight off ourselves when we would have focused it on others in similar circumstances.

- Tribune journalists may write books, do freelance work, write personal blogs and make paid appearances according to these guidelines, but any such activities must be approved in advance because of the potential for conflicts, competition or legal problems for Tribune. A personal website of almost any nature could be seen as competition to Tribune's various online offerings, so proposals must be examined closely before permission is granted. Also, personal blogs raise potential conflict-of-interest issues with work responsibilities. Do not use work material on a personal blog.

<u>Manipulation of photography</u>

Advances in digital technology have made possible the manipulation or outright fabrication of photographic images. Therefore the credibility of photojournalism requires that we rigorously adhere to strict standards in the presentation of these images.

News photos and video images should be faithful portrayals of events as seen through the eye of the photographer and the camera's lens. News photos and video should not be manipulated mechanically or digitally in any way that materially alters these images as authentic records of events.

In some features areas, such as entertainment, fashion or food, it is commonplace and acceptable to stage photos or manipulate images for illustrative effect. These images are fundamentally different from photographs of news events. Nevertheless, readers or viewers should always be alerted that such manipulation has occurred. Typically a small caption or credit that says "photo illustration" is sufficient.

Magazines often enhance or touch up feature photographs involving models or other staged shots. This is acceptable, but in no case is it permissible to make such alterations to photographs or video when hard news is involved.

## Sourcing

Editorial departments should always be as candid as possible with readers and viewers about the sources of our reports. Our credibility is undermined if we cite unnamed sources excessively or unnecessarily.

<u>Use of anonymous sources</u>

When a reporter proposes to use an unnamed source, his or her editor or news director should discuss the case and proceed if satisfied that the information the source provides is of compelling importance to the public interest. Reporters and their supervisors should strive first to obtain information from sources that can be identified.

Reporters should not give guarantees of absolute anonymity, and any promise to withhold a source's identity must be discussed in advance with a supervisor before a story is aired or published. A source should be told that even if it is withheld from publication, his or her identity will be disclosed to a senior editor before a story is aired or published. Tribune recognizes that making and honoring such promises of confidentiality sometimes are necessary to do quality journalism, and we will vigorously defend our journalists acting within these guidelines. We must acknowledge that courts, as seen in recent events, may legally compel disclosure of sources. Everyone deserves to know from the start what they are undertaking and what is at stake.

Quoting an unnamed source to disparage an identified individual should be avoided. Exceptions to this guideline should be rare and made only with the approval of the editor or the news director.

If it is decided to publish or broadcast reports using unnamed sources, readers or viewers should be told why in a timely and meaningful way.

Single-source stories

Careful judgment should be exercised in publishing news stories that rely on a single source of information, particularly where the source is unnamed. The reasons and circumstances for relying on a single source, including the possible motives of the source, should be considered before publication. Editors and reporters may proceed if they believe the source is reliable, information is credible or there is either no need or no means for further confirmation.

Checking accuracy

We want our reporting to be as accurate as possible, but we must be careful. We do not circulate printed or electronic copies of stories outside the newsroom before publication. You may read back quotations to a source or check verbally with a source on selected passages for accuracy. Be clear with the source that any decision on revisions to a story will be made by the reporter and her or his editors.

## Decency, fairness, privacy

The professional behavior of Tribune reporters, photographers or camera operators should never become an issue. We must not lose sight of the responsibility we have to report the news as thoroughly and accurately as possible. But it also is important to weigh the public's need to know against the risk of causing unnecessary discomfort to an individual, especially a private person thrust into the limelight through no fault of his or her own.

- Our newspapers, television news programs and websites should be sensitive in the depiction of uncovered dead bodies, particularly faces of these individuals. Caution always is required before publicizing vivid images of dying and death.
- Reporting on children poses special challenges. Children often are eager to talk and be photographed, but they may have no idea of the potential consequences of having their names, pictures and words in the newspaper, on television or on the Internet. Before photographing, interviewing or filming a child, reporters and supervisors should weigh the subject's age and the nature of the story in considering whether to first ask permission of the parents or supervising adults. Whether we need permission or not, we always must be mindful that children are not responsible for their words or actions in the same way adults are.

To guard against intrusions upon decency, fairness and privacy:

- A "no comment" response from an individual in the news should be phrased neutrally.
- Efforts to reach news sources should allow them reasonable time to respond, even if it means delaying a report to include their comment. "Ambushing" news sources generally should be avoided.
- Quotes may be shortened through the use of ellipses and other generally understood and accepted editing devices. But editing should not change the essence of what the person said. If a quote includes a slur or a profanity, it should be used only when the news value of the story depends on it. The stylebook provides more guidelines on handling quotations.

- Surreptitious recording or use of hidden cameras in preparing reports should be cleared first with supervisors and legal advice sought before proceeding. It is illegal in some states.
- With rare exceptions, we do not publish or broadcast the names of sexual assault victims without the victim's consent.
- Generally, adult criminal suspects may be identified when charges have been filed or when editors are confident that a source is credible for identifying a suspect. Juveniles generally may be identified only if they have been charged as adults but editors may determine otherwise based upon the newsworthiness of the case.
- We ought to resist publishing or broadcasting uncorroborated reports about a person just because other news organizations have done so. The same applies to identifying sexual assault victims whose names have appeared elsewhere.
- In general, a person's race belongs in a story only if reporters and editors can articulate its relevance. The same applies to religion, ethnic origin and sexual orientation.

Individuals running for public office open themselves to particularly close media scrutiny. Reporters and their supervisors ought to consult regularly and often about which pieces of information about the candidate are of sufficient importance to the public to warrant publication.

## Online journalism and social media

Integrity is a core value. Our ethical principles do not change, even as we work across multiple platforms and in differing media. Put another way, the standards that guide our behavior as journalists, including those listed elsewhere in the Tribune Code and in local guidelines, apply online as they do offline.

Social networks, blogs, instant messaging and online forums provide valuable links to the world around us; enable us to strengthen our relationships with users and sources; and serve as an outlet to promote and distribute our work. As journalists take part in this vibrant conversation, that may mean sharing personal information, revealing personality and otherwise connecting with the audience in a more direct manner.

With that in mind, please be aware of these general guidelines:

- Assume that your professional life and your personal life will merge online regardless of your care in separating them.
- Avoid writing or posting anything that would compromise the integrity of tronc or the Chicago Tribune, or that would affect your ability to do your job or otherwise diminish users' or sources' trust in you and the organization. Just as political bumper stickers and lawn signs are to be avoided in the offline world, so, too, are partisan expressions online.
- Even if you use privacy tools (determining who can view your page or profile, for instance), assume that everything you write, receive or exchange on a social media site is public.
- Be aware of perceptions. "Friending" or "following" people is fine. But if you "friend" a source or join a group on one side of a debate, you should do so with those on the other side as well. Understand that users or sources may view your participation in a group as your acceptance of its views; be clear that you're looking for story ideas or collecting information.
- Be honest about who you are, identifying yourself as a Tribune employee online if you would do so in a similar situation offline. This applies to your Twitter and Facebook accounts, for example, as well as personal blogs and comments you post on other blogs or stories. Be cautious, for example, about online sites such as Yelp that enlist personal reviews or ratings. Do not assume an anonymous identity to respond to comments.
- If you wish to publish an interesting e-mail or other message you have received from a reader, you must be clear in your post that the e-mail or message is from another person and that the words are not your own. You must also check the accuracy of the comment because you are responsible for the accuracy of comments you personally republish.

**Disclosure form**

Please list any memberships, investments, outside employment (including all outside media appearances or freelance assignments), activities, endeavors or any other interests you have that might give rise to a conflict under the standards discussed in the Code of Editorial Principles. **These should be disclosed annually.**

***[ ] Please check the box to confirm that you have read the Tribune Code of Editorial Principles.***

***I have read the foregoing ethics policy. I certify that I am in compliance with the standards set forth in the Code of Editorial Principles.***

______________________________ ***(name)*** ______________________________ ***(signature)***

______________________________ ***(department)*** ______________ ***(date)***

# Inquiry Information

## REASON(S) FOR CLAIM

**Date of Incident (Approximate):** 07/03/2018

**Reason for Complaint:** Age - I am 40 years of age or older, Disability, Retaliation - I contacted a government agency to complain about job discrimination,

**Pay Disparity:**

**Location of Incident:** New Jersey

**Submission (initial inquiry) Date:** 07/03/2018

**Claim previously filed as charge with EEOC?** No

**Approximate Date of Filing:** N/A

**Charge Number:** N/A

**Claim previously filed as complaint with another Agency?** No

**Agency Name:** N/A

**Approximate Date of Filing:** N/A

**Nature of Complaint:** N/A

## INQUIRY OFFICE

**Receiving:** Philadelphia District Office

**Accountable:** Newark Area Office

## APPOINTMENT

**Appointment Date and time:**

**Interview Type:**

## APPROXMATE DEADLINE FOR FILING A CHARGE: 04/29/2019

## POTENTIAL CHARGING PARTY

**First Name, Middle Initial:** Gregory, D

**Last Name:** Malandrucco

**Street or Mailing Address:** 2935 John F. Kennedy Blvd.

**Address Line 2:** Ph 07

**City, State, Zip:** JERSEY CITY, NJ, 07306

**Country:** UNITED STATES OF AMERICA

**Year of Birth:** 1977

**Email Address:** gregory.malandrucco@gmail.com

**Home Phone Number:** (647) 569-4877

**Cell Phone Number:** (201) 658-7724

**RESPONDENT**

**Organization Name:** ROWAN UNIVERSITY

**Type of Employer:** State or Local Government that I applied to, work for, or worked for

**Number of Employees:** 20 or more employees

**Street or Mailing Address:** 201 Mullica Hill Road

**Address Line 2:**

**City, State, Zip Code:** GLASSBORO,NJ, 08028

**County:** Gloucester

**Phone Number:**

**RESPONDENT CONTACT**

**First and Last Name:**

**Email Address:**

**Phone Number:**

**Title:** Human Resources Director or Owner

**LOCATION OF POTENTIAL CHARGING PARTY'S EMPLOYMENT**

**Street or Mailing Address:**

**Address Line 2:**

**City, State, Zip Code:**

**County:**

**POTENTIAL CHARGING PARTY'S DEMOGRAPHICS**

**Gender:** M

**Disabled:** I have a disability

**Are you Hispanic or Latino?** not hispanic or latino

**Ethnicity:** White,

**National Origin:** Italian

## Adverse Action(s)

Dear EEOC,

While pursuing my Ph.D. at the University of Chicago, I was the victim of a human rights violation in Chicago when my colleague Dr. Matthew Clark and I were assaulted by Chicago Police officers while leaving a Mexican restaurant. My colleague and I were never arrested and the City settled the case in February 2013 with an award of monetary damages in our lawsuit against the City and Chicago Police.

Since that time, I finished my Ph.D. at the University of Chicago and applied to over 700 jobs in a variety of sectors and discovered that I was not getting called for any jobs in the United States, not even for the 100 jobs I applied for in my home state of New Jersey. I am well over-qualified for these jobs. After much difficulty, I was able to get a temporary teaching position in Canada.

I continue to be denied hundreds upon hundreds of job interviews because I was a victim of a terrible crime (information that is instantly available when potential employers screen me throu

## Supplemental Information

**What Reason(s) were you given for the action taken against you?**

N/A

**Was anyone in a similar situation treated the same, better, or worse than you?**

N/A

**Please provide name(s) and email and/or phone number of anyone who will support your claim, and briefly describe the information this person will provide.**






Join us this September in Baltimore for the journalism conference that could change your career. Register by July 25 and sa



# SPJ Code of Ethics

Revised September 6, 2014 at 4:49 p.m. CT at SPJ's National Convention in Nashville, Tenn.

Download a printable copy [PDF]:



## Preamble

Members of the Society of Professional Journalists believe that public enlightenment is the forerunner of justice and the foundation of democracy. Ethical journalism strives to ensure the free exchange of information that is accurate, fair and thorough. An ethical journalist acts with integrity.

The Society declares these four principles as the foundation of ethical journalism and encourages their use in its practice by all people in all media.

## Seek Truth and Report It

Ethical journalism should be accurate and fair. Journalists should be honest and courageous in gathering, reporting and interpreting information.

Journalists should:

– Take responsibility for the accuracy of their work. Verify information before releasing it. Use original sources whenever possible.

– Remember that neither speed nor format excuses inaccuracy.

– Provide context. Take special care not to misrepresent or oversimplify in promoting, previewing or summarizing a story.

– Gather, update and correct information throughout the life of a news story.

The SPJ Code of Ethics is a statement of abiding principles supported by explanations and that address changing journalistic practices. It is not a set of rules, rather a guide that encourages all who engage in journalism to take responsibility for the information they provide, regardless of medium. The code should be read as a whole; individual principles should not be taken out of context. It is not, nor can it be under the First Amendment, legally enforceable.

For an expanded explanation,

### Supporting documents

Click or tap the arrow icon


## News and More

Click to Expand Instantly

- SPJ News
- Events and Deadlines
- Quill
- Journalist's Toolbox

Tweets by @spj_tweets





Society of Profes
@spj_tweets

"The move now to gut the Daily News's newsroom will be a blow to local watchdog journalism in the nation's largest city. It has retained a punch in local news at a time when [other newspapers] have retreated from metro coverage." n.pr/2uQ5yUf



3h

Society of Professional Journalists Retweeted



Society of Professio
@spj_tweets

Check in with the @uspresstracker to see the latest stats on journalists' arrests, attacks, subpoenas and seizures of equipment. The tracker brings together more than 24 press freedom groups to create a centralized repository for research. bit.ly/2pvq75y

Embed View on Twitter

## Stay in Touch











Trainin
for your r
your cl
your co
your org
Visit
request a f



News



– ADVERT

– Be cautious when making promises, but keep the promises they make.

– Identify sources clearly. The public is entitled to as much information as possible to judge the reliability and motivations of sources.

– Consider sources' motives before promising anonymity. Reserve anonymity for sources who may face danger, retribution or other harm, and have information that cannot be obtained elsewhere. Explain why anonymity was granted.

– Diligently seek subjects of news coverage to allow them to respond to criticism or allegations of wrongdoing.

– Avoid undercover or other surreptitious methods of gathering information unless traditional, open methods will not yield information vital to the public.

– Be vigilant and courageous about holding those with power accountable. Give voice to the voiceless.

– Support the open and civil exchange of views, even views they find repugnant.

– Recognize a special obligation to serve as watchdogs over public affairs and government. Seek to ensure that the public's business is conducted in the open, and that public records are open to all.

– Provide access to source material when it is relevant and appropriate.

– Boldly tell the story of the diversity and magnitude of the human experience. Seek sources whose voices we seldom hear.

– Avoid stereotyping. Journalists should examine the ways their values and experiences may shape their reporting.

– Label advocacy and commentary.

– Never deliberately distort facts or context, including visual information. Clearly label illustrations and re-enactments.

– Never plagiarize. Always attribute.

anywhere it appears in the code to explore additional resources the Society's ethics committee compiled to help people with day-to-day ethics decisions. Links will open in their own window.

## Translations

PDI

-
-
-
-
-
-
-
-

## Additional Applications

-
-

## SPJ Ethics Committee Publications



-
-

## Additional Resources

-
-
-

## Get involved

-
-

## Ethics

## Quill: Stories About Journalism Ethics

-
-
-

## Ethics Committee

This committee's purpose is to encourage the use of the Society's Code of Ethics, which promotes the highest professional standards for journalists of all disciplines. Public concerns are often answered by this committee. It also acts as a spotter for reporting trends in the nation, accumulating case studies of jobs well done under trying circumstances.

## Ethics Committee chair

**Andrew Seaman**

Bio (click to expand)

**Lynn Walsh, vice chair**
Project Manager
Trusting News Project

Bio (click to expand)

## Minimize Harm

Ethical journalism treats sources, subjects, colleagues and members of the public as human beings deserving of respect.

Journalists should:

– Balance the public's need for information against potential harm or discomfort. Pursuit of the news is not a license for arrogance or undue intrusiveness.

– Show compassion for those who may be affected by news coverage. Use heightened sensitivity when dealing with juveniles, victims of sex crimes, and sources or subjects who are inexperienced or unable to give consent. Consider cultural differences in approach and treatment.

– Recognize that legal access to information differs from an ethical justification to publish or broadcast.

– Realize that private people have a greater right to control information about themselves than public figures and others who seek power, influence or attention. Weigh the consequences of publishing or broadcasting personal information.

– Avoid pandering to lurid curiosity, even if others do.

– Balance a suspect's right to a fair trial with the public's right to know. Consider the implications of identifying criminal suspects before they face legal charges.

– Consider the long-term implications of the extended reach and permanence of publication. Provide updated and more complete information as appropriate.

## Act Independently

The highest and primary obligation of ethical journalism is to serve the public.

Journalists should:

– Avoid conflicts of interest, real or perceived. Disclose unavoidable conflicts.

– Refuse gifts, favors, fees, free travel and special treatment, and avoid political and other outside activities that may compromise integrity or impartiality, or may damage credibility.

– Be wary of sources offering information for favors or money; do not pay for access to news. Identify content provided by outside sources, whether paid or not.

– Deny favored treatment to advertisers, donors or any other special interests, and resist internal and external pressure to influence coverage.

– Distinguish news from advertising and shun hybrids that blur the lines between the two. Prominently label sponsored content.

## Be Accountable and Transparent

Ethical journalism means taking responsibility for one's work and explaining one's decisions to the

public.

Journalists should:

– Explain ethical choices and processes to audiences. Encourage a civil dialogue with the public about journalistic practices, coverage and news content.

– Respond quickly to questions about accuracy, clarity and fairness.

– Acknowledge mistakes and correct them promptly and prominently. Explain corrections and clarifications carefully and clearly.

– Expose unethical conduct in journalism, including within their organizations.

– Abide by the same high standards they expect of others.

*The SPJ Code of Ethics is a statement of abiding principles supported by additional explanations and that address changing journalistic practices. It is not a set of rules, rather a guide that encourages all who engage in journalism to take responsibility for the information they provide, regardless of medium. The code should be read as a whole; individual principles should not be taken out of context. It is not, nor can it be under the First Amendment, legally enforceable.*

*Sigma Delta Chi's first Code of Ethics was borrowed from the American Society of Newspaper Editors in 1926. In 1973, Sigma Delta Chi wrote its own code, which was revised in 1984, 1987, 1996 and 2014.*

Copyright © 1996-2018 Society of Professional Journalists. All Rights Reserved.

Legal | Policies

**Society of Professional Journalists**

Eugene S. Pulliam National Journalism Center
3909 N. Meridian St., Suite 200
Indianapolis, IN 46208
317-927-8000

Contact SPJ Headquarters
Employment Opportunities
Advertise with SPJ

**SPJ.ORG**

Home
SPJ Blogs Network
Journalist's Toolbox
Excellence in Journalism
Calendar
News
Career Center
SPJ Communities

About SPJ
SDX Foundation
Headquarters Staff
Board of Directors
Legal Defense Fund
Awards
History and Timeline
Donate
Advertise

**Members**

SPJ Members
Join SPJ
Why Join?
Chapters/Local

**Missions and Resources**

Our Mission
Journalism Training
Freedom of Information
Ethics
Diversity
Freelancers
Students
Educators
International
Generation J

o e



This page will help you get to the right place to report content that you would like removed from Google's services under applicable laws. Providing us with complete information will help us investigate your inquiry.

If you have non-legal issues that concern Google's Terms of Service or Product Policies, please visit http://support.google.com

We ask that you submit a separate notice for each Google service where the content appears.

What Google product does your request relate to? Web Search

What can we help you with? I have a legal issue that is not mentioned above

Please note that a copy of each legal notice we receive may be sent to the Lumen project (https://www.lumendatabase.org ) for publication and annotation. **Lumen will redact the submitter's personal contact information (i.e. phone number, e-mail and address).** You can see an example of such a publication at https://www.lumendatabase.org/notices/5838

We may also send the original notice to the alleged infringer or, if we have reason to suspect the validity of your complaint, to the rights holder.

We may also publish similar information from your notice to our Transparency Report. You may find out more information about the Report here .

Choose from the following options

I have a court order declaring certain content unlawful (e.g. pursuant to a copyright or trademark infringement suit)

A page appearing in Google's search results is violating my company's trademark rights

I have found content that may violate my copyright

I have located defamatory content in Google's search results

I would like to report a product or service that circumvents a technological protection measure within the meaning of 17 U.S.C. § 1201

I would like to report child sexual abuse images

I have an issue related to Autocomplete or Related Search

Other legal issue that involves the removal of content

©2018 Google - Privacy Policy - Terms of Service English



Nisha Banerjee <nb1057@nyu.edu>

## RE: Urgent Request for Your Help

**Turman, Kathryn M. (DO) (FBI)** <kmturman@fbi.gov> Thu, Aug 24, 2017 at 9:02 AM
To: Gregory Daniel Malandrucco <malandru@uchicago.edu>
Cc: Theresa Malandrucco <theresamala@gmail.com>, Nisha Banerjee <nb1057@nyu.edu>, Matt Clark <mcsquaredmc@yahoo.com>

Dear Gregory,

I am so very sorry to hear about what has been happening to you and can only imagine how devastating it has been. I have discussed the matter with our Office of General Counsel and Cyber Division. They advise that not a lot can be done short of actual litigation as this is a civil matter. Our OGC attorney who covers victims' rights issues has researched this issue over the years and the short answer is, unless the internet provider voluntarily removes the content, litigation will have to be conducted and a court order issued. As you have noted, internet companies generally resist de-indexing information. Our attorney did provide the article below. You may have already seen it.

We have been able to work with internet providers to pull information only in very rare circumstances and only when the information was evidence in an ongoing investigation. That is not the case here. Also the Crimes Victims' Rights Act pertains only to victims of federal crimes and the actions of Department of Justice officials actively investigating or prosecuting their cases.

I am sorry we can't help you and I wish you success. I encourage you to keep working through the avenues you have already identified. You are not alone. As helpful as the Internet can be, it has no truth detector or moral compass. Our laws have not kept up with the impact of the Internet on the lives and reputations of individuals and families.

Sincerely,

Kathryn Turman

# How to Remove URLs from Google after Obtaining a Court Order

By Whitney [illegible] and [illegible] on December 16, 2014 Posted in [illegible] Defamation [illegible]

In several previous blog posts, we have mentioned obtaining court orders with the aim of getting links to harmful content de-indexed from search engines. What we have not yet written about is how to use a court order to get links removed from Google.




In short, this entails using Google's [illegible] page.

The Legal Removal Requests page is easy to use, but Google will not entertain just any removal request. With a valid court order, however, while not legally required, Google typically honors them and de-indexes the relevant links.

For background, when disparaging content shows up online, the subject of that harmful content generally wants it removed from the internet. In many cases, the solution (or at least part of it) entails obtaining a court order and presenting it to the search engines in order to get the listings removed from the respective search results.

Even in the case of a website that is unwilling to remove any posts, getting a harmful URL removed from search can be quite effective.

Considering the importance of online reputations today, a business can ill afford to have defamatory content among its top search results. Prospective customers (and other parties such as investors) will see that and likely find somewhere else to take their business.

Factor in both the amount of people that Google a company before conducting business with them, plus the fact that Google holds [illegible] market share in the United States, and it is easy to see why a defamed business (or person) would want to get links to harmful content removed from Google.

Thus, once an attorney obtains a signed court order, he or she should go to the Legal Removal Requests page and select "Submit a Legal Request" and then click "Web Search." From there, on the Removing Content From Google page, they attorney will want to choose the bottom option, "I have a legal issue that is not mentioned above."

The attorney will be given five options, and the second one from the top reads: "I have a court order declaring certain content unlawful (e.g. pursuant to a copyright or trademark infringement suit)." There, Google hyperlinks to an online form that attorneys can fill out and submit for Google's review of "court orders against third parties who have posted allegedly unlawful content."

Under "Location of the allegedly infringing material," the attorney should paste in the URLs pertaining to the defamatory content, one per line.

It is also necessary that the attorney explain which section of the court order mandates the removal of those URLs (even if it is fairly obvious).

Finally, he or she must also upload a copy of the signed court order and then click "Submit."

From there, and that is assuming the form has been properly filled out, Google will send an automated confirmation email from [illegible]. This email explains that the legal request is in Google's "queue" and the legal team will "get to it as quickly as our workload permits."

At whatever point Google processes the request (likely anywhere from a couple days to a few weeks), Google may respond with questions or requests for more information, such as — when dealing with a default judgment — clarification of how service was made in the case (to demonstrate how the defendant(s) had an opportunity to learn they were facing legal action).

Ideally, Google will simply reply that it has removed the requested URLs from Google.com. It may take a day or two for the removal(s) to be reflected in the actual search results.

When a URL has been removed and the relevant Google search is run, the following message will be seen at the bottom of the search results page: "In response to a legal request submitted to Google, we have removed 1 result(s) from this page. If you wish, you may read more about the request at ChillingEffects.org."

*Kathryn M. Turman*

*Assistant Director*

*Federal Bureau of Investigation*

*Office for Victim Assistance*

*Desk: 202-324-1433*

*Cell: 202-230-3914*

***JWICS:*** *km[illegible]*

***SIPR:*** *km[illegible]*

***NIPR:*** ***kmturman@fbi. gov***

THIS DOCUMENT IS INTERNAL AND MAY NOT BE RELEASED OUTSIDE THE FBI WITHOUT PRIOR AUTHORIZATION

CONFIDENTIALITY NOTICE -- This e-mail (including attachments) is covered by the Electronic Communication Privacy Act 18 U.S.C. sections 2510-2512, is for the sole use of the intended recipient(s) to which it is addressed and may contain confidential and sensitive material that requires protection from unauthorized disclosures. Recipients shall not disclose any Personally Identifiable Information (PII) contained in this email (including attachments) without the prior written or electronic consent of the FBI and shall take such actions as are necessary to prevent unauthorized access to such information by a person other than the intended recipient(s). Do not disseminate this email, or its contents, to anyone who does not have an official need for access. If you are not an intended recipient and received this communication in error, you are hereby notified that any retention, review, dissemination, distribution, or copying of this communication is strictly prohibited. Please notify the sender by a separate e-mail and delete this message and any attachments. Any misuse of unauthorized disclosure can result in both civil and criminal penalties

**From:** Gregory Daniel Malandrucco [mailto: [illegible]@uchicago[illegible] ]
**Sent:** Wednesday, August 23, 2017 4:51 PM
**To:** Turman, Kathryn M. (DO) (FBI) <[illegible].gov>
**Subject:** Fwd: Urgent Request for Your Help

Dear Agent Turman,

Please see my prior message below. I had accidentally misspelled your first name in your email address.

Best regards,

Gregory

Begin forwarded message:

**From:** < >
**Date:** August 23, 2017 at 4:17:32 PM EDT
**To:** < >, < @ic.fbi.gov>
**Cc:** Theresa Malandrucco < >, Nisha Banerjee < >, Matt Clark < >
**Subject: Urgent Request for Your Help**

Dear Mr. Smith, Ms. Turman, and the Office of Victim Assistance,

My name is Gregory Malandrucco and I am writing to you today as I have been suffering through an extreme form of injustice that is being perpetrated against me by Google, for which I am urgently requesting the FBI's help. Before writing you this email, my family and I have pursued all other avenues for two years, yet we continue to get nowhere.

Google is hosting a graphic crime photo of me at the top of search results of my rare name, and though it is harming me tremendously each day, refuses to de-index this image.

I was a victim of police violence in Chicago in 2010 along with my colleague Dr. Matthew Clark. We filed a federal civil rights lawsuit against the City of Chicago and the Chicago Police Department. The city settled our case in February 2013.

Since then, I have completed my Ph.D. from the University of Chicago and I have been trying to secure employment in a variety of sectors. After more than 600 rejections, I have realized that Google search results of my name - which produce the graphic assault photo - have made it impossible for me to secure work, let alone interviews, as employers use Google to screen candidates.

Though I was the victim and never arrested, the photo capturing the absolute worst moment of my life is the first thing to appear under Google searches of my rare name.

Since this realization, I have approached Google for help on a number of occasions and through a variety of intermediaries, but it has refused to help in any way. Though Google is generating all of the harm through its overwhelming bias for salacious content, I was told that the labor of seeking relief from this harm would have to be completely my own. To regain privacy, I have reached out to online publications that wrote about my case, and to date, 120 websites have all taken down content and post-assault photos from online. It has taken 1.5 years and thousands of labor hours to reach this point. Even worse, seven months ago my partner left her high-paying full-time position in order to focus more resolutely on the fight over this graphic content.

**We believe that Google is in violation of the Crime Victims' Rights Act (DOJ 18 U.S.C. § 3771).**

We have reached out to Google's legal team on a number of occasions to de-index the assault photo, but they have refused to help. Needless to say, this year and a half long fight has been an absolute nightmare

for my entire family and I. This graphic crime photo is also appearing under Google searches of my underage niece and nephew and as such we are extremely exhausted and depressed.

The Chicago Torture Justice Center, established in 2015 by Chicago City Council, advocated to Google for photo de-indexing, but Google still refused. We have the support of the National Crime Victim Law Institute, Congressman Lance, and Hillsborough, NJ Mayor Suraci, who has written to Google for de-indexing, but has been refused as well.

At this point, we are desperate for FBI intervention on our behalf in this matter.

If there is any way that you could help, my family and I would be most grateful to you.

Sincerely,

Gregory Malandrucco, Ph.D.

Cc, Theresa Malandrucco, Dominick Malandrucco, Nisha Banerjee, Matthew Clark

CANADIAN RESOURCE
CENTRE FOR VICTIMS
OF CRIME



Dedicated to Justice • «Au se...

April 19, 2017

R. Bruce Dold, Editor
Chicago Tribune
435 N. Michigan Ave.
Chicago, IL 60611

Dear Mr. Dold,

The Canadian Resource Centre for Victims of Crime (CRCVC) assists victims and survivors in finding justice, a voice, and healing in the aftermath of the violence they have endured. We are writing to you concerning Dr. Gregory Malandrucco, who was a crime victim in 2010 in Chicago. Seven years later, when the case has long been closed, he is still fighting for privacy as articles on the case and images of him following the assault appear when "Gregory Malandrucco" is searched online. His "online profile" of being a crime victim has greatly hurt his ability to secure work despite his teaching experience and credentials; years of international research experience, two Masters and a PhD from the University of Chicago. Over the past year, Greg and his partner have worked tirelessly to have publications (Guardian, CBS, NBC, AOL News, ABC, etc.) remove old articles on Greg's case. As of today, 107 news outlets and counting have either removed all content on his case, replaced his name with a pseudonym, or de-indexed the articles from Google search results of his name.

We believe that the Chicago Tribune has a duty of care towards persons who are victimized by violence and desire privacy in the aftermath. It should not be left up to the victim to file a legal claim when you clearly have the ability as a corporate entity to de-index content that is harming the crime victim, or at the very least, remove the post-assault photo.

The trauma experienced upon violent victimization is significant and takes time to process. Media coverage in the wake of a crime can result in a "secondary victimization" that may exacerbate victims' trauma and cause unnecessary additional harm. The shame that some victims feel, as well as the blame they sometimes feel from others, can be increased by untimely, inappropriate, or intrusive reporting. Victims have a right to privacy in the aftermath of their victimization, to decline publicity and to guard their confidentiality from further exploitation in online spaces. A number of corporations have agreed and complied already.

Greg and his partner are extremely distressed by the Google search results which show the article, but most harmful, the post-assault photo from the Chicago Tribune. They have contacted your newspaper numerous times to ask for the image to be removed from the website, to which the Chicago Tribune has refused. Greg is still receiving medical attention from the trauma of the assault, and the page hosted by the Chicago Tribune causes further professional and personal harm. Greg has been suffering for years on end and it is greatly impacting his new opportunity to begin a career and professional profile in Canada and move on from the trauma.

Can you please explain why, after so much time and repeated requests to take down the image,

100-141, rue Catherine Street, Ottawa, Ontario K2P 1C3
Tel: (613) 233-7614 • Fax: (613) 822-4904 • Toll free/Sans frais. 1-877-232-2610 • Internet ...



the Chicago Tribune has not done so? Many other organizations, including Google and the Huffington Post, have taken the images down, and we hope that the Chicago Tribune will follow suit in respect of the victim and his privacy.

The non-publication of the identity of a complainant/victim sometimes conflicts with the right to freedom of expression of the media and members of the public, but it is done regularly to protect vulnerable victims and witnesses. We hope that the Chicago Tribune, Inc. sees itself as a "good corporate citizen" and will demonstrate your social responsibility to persons harmed by violence and trauma and their need for privacy. We look forward to your response.

Sincerely,

Heidi Illingworth
Executive Director

Cc: Justin Dearborn, CEO Tribune Publishing



The University of Chicago
DEPARTMENT OF HISTORY
1126 EAST 59TH STREET
CHICAGO • ILLINOIS 60637

Gregory D. Malandrucco, PhD
2935 John F. Kennedy Blvd., Ph07
Jersey City, NJ 07306

## Job Applications in New Jersey, August 2017 through March 31, 2018

| University | Date | Field/Type | Job Ad |
|---|---|---|---|
| Princeton | 14-Aug | Lecturer | |
| Rutgers HAL | 25-Aug | Program Manager | |
| Princeton | 25-Aug | Associate Director, CBLI | |
| Kean | 29-Aug | Director III | |
| Rutgers | 30-Aug | Assistant Dean | [illegible] |
| Rutgers | 30-Aug | Assistant Dean | [illegible] |
| Kean | 10-Sep | Director IV, Holocaust Center | |
| Rowan | 28-Sep | Modern Europe, Tenure Track | https://www.h-net.org/jobs/job_display.php?id=55249 |
| NJCU | 20-Oct | Adjunct, History | |
| NJCU | 20-Oct | Adjunct, Latin America | |
| NJIT | 23-Oct | Lecturer | http://academicjobs.wikia.com/wiki/World/Global/Transnational_History_2017-18 |
| St. Peter's | 16-Nov | Lecturer, History | Direct Outreach |
| Montclair | 16-Nov | Lecturer, History | Direct Outreach |
| Rowan | 16-Nov | Adjunct, History | https://www.higheredjobs.com/state/details.cfm?JobCode=176603870 |
| Kean | 16-Nov | Lecturer | https://www.higheredjobs.com/faculty/details.cfm?JobCode=176607371 |
| Stockton | 21-Dec | Critical Thinking | https://www.higheredjobs.com/faculty/details.cfm?JobCode=176623924 |
| Hudson CCC | 21-Dec | Associate Dean | https://www.higheredjobs.com/region/details.cfm?JobCode=176619990 |

| | | | |
|---|---|---|---|
| Guarini, St. Peter's | 21-Dec | Executive Director | https://www.higheredjobs.com/region/details.cfm?JobCode=176624652 |
| Stockton | 21-Dec | Assistant Dean | https://www.higheredjobs.com/faculty/details.cfm?JobCode=176623924 |
| Rutgers | 21-Dec | Program Manager | https://www.higheredjobs.com/region/details.cfm?JobCode=176623894 |
| Union CC | 21-Dec | Dean of Humanities | https://www.higheredjobs.com/region/details.cfm?JobCode=176619990 |
| NJCU | 21-Dec | Director, Student Success | https://chj.tbe.taleo.net/chj06/ats/careers/requisition.jsp?org=NJCU&cws=1&rid=835 |
| Ramapo | 20-Jan | Visiting Assistant Professor | https://www.higheredjobs.com/region/details.cfm?JobCode=176635117 |
| Ramapo | 20-Jan | Adjunct, Political Theory | https://www.higheredjobs.com/region/details.cfm?JobCode=176639953 |
| Ramapo | 20-Jan | Adjunct, General | https://www.higheredjobs.com/region/details.cfm?JobCode=176635113 |
| Princeton | 21-Jan | Post-Doctoral Fellow, Writing | https://careers.insidehighered.com/job/1501954/lecturer/ |
| Rutgers | 24-Jan | Director, Byrne Seminar | https://jobs.rutgers.edu/postings/58418 |
| NJIT | 26-Jan | Lecturer | https://www.indeed.com/viewjob?jk=136381ec46491b73 |
| Rowan | 26-Jan | Lecturer | http://jobs.rowan.edu/cw/en-us/job/492649?lApplicationSubSourceID=11250 |
| Hudson CCC | 4-Feb | Lecturer | https://www.higheredjobs.com/state/details.cfm?JobCode=176651471 |
| Rowan | 20-Feb | Lecturer | https://www.higheredjobs.com/faculty/details.cfm?JobCode=176662198 |
| Princeton | 22-Feb | Director | https://main-princeton.icims.com/jobs/8499/director%2c-service-focus/job?mode=submit_apply |
| Seton Hall | 22-Feb | Director | http://jobs.shu.edu/cw/en-us/job/493212?&lApplicationSubSourceID=11251 |
| Middlesex CC | 27-Mar | Associate Chairperson | |

| | | | |
|---|---|---|---|
| Camden CC | 31-Mar | Tenure Track Faculty | https://www.higheredjobs.com/state/details.cfm?JobCode=176691526&Title=History%20Faculty |
| Rutgers | 31-Mar | Postdoctoral Fellow | https://www.h-net.org/jobs/job_display.php?id=56645 |

HigherEd

## Assistant Professor

| | |
|---|---|
| **Institution:** | **Cornell University** |
| **Location:** | Ithaca, NY |
| **Category:** | Faculty - Liberal Arts - History |
| **Posted:** | 07/19/2018 |
| **Type:** | Full Time |

The Department of History at Cornell University seeks applicants for two tenure-track Assistant Professor faculty positions in Modern European History (19th and 20th century, excluding Britain and Russia). Applicants must have their Ph.D. in hand by July 1, 2019. The appointment requires a 2-2 teaching load (one lecture course and one seminar each semester). Please upload a letter of application, curriculum vitae, and three reference letters to Academic Jobs Online: https://academicjobsonline.org/ajo/jobs/11382 by September 1, 2018. Applicants are encouraged to submit their materials early. Questions about the position and the search can be sent to the chair of the committee, Professor María Cristina García, at mcg20@cornell.edu.

Cornell University is an affirmative action/equal opportunity employer; qualified women and minority candidates are particularly encouraged to apply.

**Employment Assistance:**

If you require an accommodation for a disability in order to complete an employment application or to participate in the recruiting process, you are encouraged to contact Cornell University's Office of Workforce Policy and Labor Relations at voice (607) 255-6866, fax (607) 255-0298, or email at equalopportunity@cornell.edu.

Applicants that do not have internet access are encouraged to visit your local library, or local Department of Labor. You may also visit the office of Workforce Recruitment and Retention Monday - Friday between the hours of 8:30 a.m. - 4:30 p.m. to use a dedicated workstation to complete an online application.

**Notice to Applicants:**

Please read the required Notice to Applicants statement by **clicking here**. This notice contains important information about applying for a position at Cornell as well as some of your rights and responsibilities as an applicant.

**EEO Statement:**

Diversity and Inclusion are a part of Cornell University's heritage. We are a recognized employer and educator valuing AA/EEO, Protected Veterans and Individuals with Disabilities. Cornell University is an innovative Ivy League university and a great place to work. Our inclusive community of scholars, students, and staff impart an uncommon sense of larger purpose, and contribute creative ideas to further the university's mission of teaching, discovery, and engagement.

**About Us**

Cornell University is an innovative Ivy League university and a great place to work. Our inclusive community of scholars, students and staff impart an uncommon sense of larger purpose and contribute creative ideas to further the university's mission of teaching, discovery and engagement. With our main campus located in Ithaca, NY, Cornell's far-flung global presence includes the medical college's campuses on the Upper East Side of Manhattan and Doha, Qatar, as well as the Cornell Tech campus located on Roosevelt Island in the heart of New York City.

We offer a rich array of services, programs and benefits to help employees advance in their career and enhance the quality of personal life, including: employee wellness, workshops, childcare and adoption assistance, parental leave, flexible work options.

## APPLICATION INFORMATION

| | |
|---|---|
| **Contact:** | Cornell University |
| **Online App. Form:** | **https://apps.hr.cornell.edu/recruiting/facultyview.cfm?posting_id=_Assistant-P...** |

Cornell University is an equal opportunity, affirmative action educator and employer.

Apply through Institution's Website

© Copyright 2018 Internet Employment Linkage, Inc.