**DENTONS US LLP**
John R. Vales (JV4307)
john.vales@dentons.com
Kelly L. Lankford (KL9203)
kelly.lankford@dentons.com
101 JFK Parkway
Short Hills, New Jersey 07078
(973) 912-7129

Natalie J. Spears (application for *pro hac vice* to be filed)
natalie.spears@dentons.com
Gregory R. Naron (application for *pro hac vice* to be filed)
gregory.naron@dentons.com
233 S. Wacker Drive, Suite 5900
Chicago, IL 60606
(312) 876-8000

*Attorneys for Defendant*
*Chicago Tribune Company LLC*

| | |
|---|---|
| GREGORY MALANDRUCCO,<br><br>       Plaintiff,<br><br>v.<br><br>CHICAGO TRIBUNE COMPANY, LLC,<br><br>       Defendant. | SUPERIOR COURT OF NEW JERSEY CHANCERY DIVISION, CIVIL PART, HUDSON COUNTY<br><br>DOCKET NO. HUD- C-108-18<br><br>**NOTICE TO PLAINTIFF REGARDING FILING OF NOTICE OF REMOVAL OF CHICAGO TRIBUNE COMPANY, LLC** |

TO:   Gregory Malandrucco
        2935 John F. Kennedy Blvd., Ph. 07
        Jersey City, New Jersey 07306

**PLEASE TAKE NOTICE** that defendant Chicago Tribune Company LLC, erroneously sued as "Chicago Tribune, Inc." (herein, "Tribune")  hereby certifies that on August 6, 2018, it provided notice via Federal Express to Plaintiff Gregory Malandrucco of the removal of this action from the Superior Court of New Jersey, Hudson County, to this Court, and that all pleadings regarding the removal were served upon Plaintiff via Federal Express.  This Notice is provided pursuant to 28 U.S.C. § 1446(d).

Dated: Short Hills, New Jersey
      August 6, 2018

DENTONS US LLP

By:   */s/ John R. Vales*
      John R. Vales (JV4307)
      john.vales@dentons.com
      JFK Parkway
      Short Hills, New Jersey 07078
      (973) 912-7129

      *Attorneys for Defendant*
      *Chicago Tribune Company, LLC*

2