**DENTONS US LLP**
John R. Vales (JV4307)
john.vales@dentons.com
Kelly L. Lankford (KL9203)
kelly.lankford@dentons.com
101 JFK Parkway
Short Hills, New Jersey 07078
(973) 912-7129

Natalie J. Spears (application for *pro hac vice* to be filed)
natalie.spears@dentons.com
Gregory R. Naron (application for *pro hac vice* to be filed)
gregory.naron@dentons.com
233 S. Wacker Drive, Suite 5900
Chicago, IL 60606
(312) 876-8000

*Attorneys for Defendant*
*Chicago Tribune Company LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| GREGORY MALANDRUCCO,<br><br>    Plaintiff,<br><br>v.<br><br>CHICAGO TRIBUNE COMPANY, LLC,<br><br>    Defendant. | Case No. _____<br><br>Document Electronically Filed<br><br>**CERTIFICATION OF SERVICE**<br><br><br>Removed from the<br>Superior Court of New Jersey<br>Chancery Division, Hudson County |

The undersigned hereby certifies that on the date set forth below, a copy of the

Notice of Removal filed by Defendant Chicago Tribune Company, LLC

108712431\V-1

("Tribune") in the above-captioned action, together with copies of a Civil Cover Sheet, Corporate Disclosure Statement, Notice to Plaintiff of Filing of Notice of Removal, Notice of Filing Notice of Removal to the Superior Court of New Jersey, Chancery Division, Hudson County, Application for Clerk's Extension of Time to Answer or Otherwise Respond Pursuant to Local Rule 6.1, and this Certification of Service were sent to Plaintiff, via Federal Express, at the addresses indicated below:

>2935 John F. Kennedy Blvd., Ph. 07
>Jersey City, New Jersey 07306

I hereby certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, that I am subject to punishment.

Dated: August 6, 2018                                   **DENTONS US LLP**

                                                  By:   /s/ John R. Vales
                                                         John R. Vales
                                                         John.vales@dentons.com
                                                         101 JFK Parkway
                                                         Short Hills, New Jersey 07078
                                                         (973)912-7100
                                                         (973) 912-7199

108712431\V-1