**DENTONS US LLP**
John R. Vales (JV4307)
john.vales@dentons.com
Kelly L. Lankford (KL9203)
kelly.lankford@dentons.com
101 JFK Parkway
Short Hills, New Jersey 07078
(973) 912-7129

Natalie J. Spears (application for *pro hac vice* to be filed)
natalie.spears@dentons.com
Gregory R. Naron (application for *pro hac vice* to be filed)
gregory.naron@dentons.com
233 S. Wacker Drive, Suite 5900
Chicago, IL 60606
(312) 876-8000

*Attorneys for Defendant*
*Chicago Tribune Company LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| GREGORY MALANDRUCCO,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CHICAGO TRIBUNE COMPANY, LLC,<br><br>　　　　Defendant. | Case No. _____<br><br>**DEFENDANT CHICAGO TRIBUNE COMPANY, LLC'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**<br><br>Document Electronically Filed |

Pursuant to Fed. R. Civ. P. 7.1, defendant Chicago Tribune Company, LLC ("Tribune") discloses as follows: Tribune is a wholly owned subsidiary of Tronc, Inc. Tronc, Inc. is a publicly traded company. No publicly held corporation owns 10% or more of Tronc, Inc.'s stock.

Dated: August 6, 2018

Respectfully submitted,

DENTONS US LLP

By: */s/ John R. Vales*
John R. Vales (JV4307)
john.vales@dentons.com
101 JFK Parkway
Short Hills, New Jersey 07078
(973) 912-7129

Natalie J. Spears ( *pro hac vice* to be filed)
natalie.spears@dentons.com
Gregory R. Naron (*pro hac vice* to be filed)
gregory.naron@dentons.com
233 S. Wacker Drive, Suite 5900
Chicago, IL 60606
(312) 876-8000