**DENTONS US LLP**
John R. Vales (JV4307)
john.vales@dentons.com
Kelly L. Lankford (KL9203)
kelly.lankford@dentons.com
101 JFK Parkway
Short Hills, New Jersey 07078
(973) 912-7129

Natalie J. Spears (application for *pro hac vice* to be filed)
natalie.spears@dentons.com
Gregory R. Naron (application for *pro hac vice* to be filed)
gregory.naron@dentons.com
233 S. Wacker Drive, Suite 5900
Chicago, IL 60606
(312) 876-8000

*Attorneys for Defendant*
*Chicago Tribune Company LLC*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| GREGORY MALANDRUCCO,<br><br>          Plaintiff,<br><br>v.<br><br>CHICAGO TRIBUNE COMPANY, LLC,<br><br>          Defendant. | Case No. 2:18-cv-12480-SDW-SCM<br><br>Document Electronically Filed |

## APPLICATION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE REPLY
### [Local Civil Rule 6.1(b)]

Application is hereby made for a Clerk's Order extending time within which defendant(s): <u>Chicago Tribune Company, LLC</u> may answer, move, or otherwise reply to the Complaint filed by plaintiff(s) herein and it is represented that:

1. No previous extension has been obtained;
2. Service of Process was effected on <u>July 27, 2018</u>; and
3. Time to Answer, Move or otherwise Reply expires on <u>August 17, 2018</u>.

Dated: August 7, 2018

**DENTONS US LLP**

By: <u>/s/ John R. Vales</u>
John R. Vales
John.vales@dentons.com
101 JFK Parkway
Short Hills, New Jersey 07078
(973) 912-7100
(973) 912-7199

108711101\V-1